## THE INTERNATIONAL ASSOCIATION OF
# Bridge, Structural, Ornamental, and Reinforcing Iron Workers



**LOCAL UNION 498**
5640 Sockness Drive – Rockford, Illinois 61109
Phone (815) 873-9180 – Fax (815) 873-0317



**Mark Richeson**
Business Manager
Financial Secretary-Treasurer

**Paul Kauffman**
President/Apprentice Coordinator

**Keith Gahl**
Recording Secretary/Organizer

May 20, 2020

Mr. Dave Anspaugh,

Iron workers Local 498 would like to initiate a grievance against Kujo Inc. for work done on Interstate 39 between Interstate 90 and Baxter Rd. as well as work performed on Highway 251 and Bridge St. in Roscoe to Rockton. **Both projects are ongoing.**

Work was done prior to May 2, 2020 and I have received no work reports for work done in Local 498's jurisdiction for 2020. I reached out to Kujo on May 2nd and left a message and have yet to receive any communication. My organizer or my self have been on their jobs multiple times and spoke with their workers and I have yet to receive and communication from Kujo to try and solve the issues.

Kujo Inc. violated these provisions in the CBA for **the two projects:**
- Jurisdiction - Fencing of all type including highway metal plate guardrail
- No current Bond on file
- Item 15 Wrecking and/or Demolition
- Item 16 Alteration, Repair of Bridges, and other Structures
- Item 22 Section 2 Sub-Contracting
- Item 26 Working Assessments
- Item 27 Building Trades – IPAL
- Item 28 Defense Fund
- Item 32 Sections 1-7 Fringe Benefits

There have been multiple days of work in our local that members of Iron Workers Local 498 did not have any opportunity to do. Iron Workers Local 498 is seeking proper compensation along with appropriate fines as per the Collective Bargaining Agreement for both projects.

Please let me know a date and time to resolve this grievance. I can be reached at 815-494-6181.

Thank you,

*[signature]*

Mark Richeson
Business Manager
Financial Secretary – Treasurer
Iron Workers Local 498