

June 19, 2020

Kujo, Inc.
5303 Johnsburg Road
Johnsburg, IL 60051

Dear Sir,

As required in the collective Bargaining Agreement, a grievance hearing was held on June 18, 2020 wherein a charge against your company by Ironworkers Local #498 was reviewed and acted upon.

Your company was notified of the time and date of the hearing, but did not respond to the notice. As such the hearing was held without your input.

After reviewing testimony and materials provided by the union, the Hearing Board found unanimously against your company as follows:

- You are to remit within ten working days of receipt of this notice a check made out to Ironworkers Local #498, in the amount of $53,587.10. This amount represents 538 hours of wages and benefits.

Send to: Ironworkers Local #498, 5640 Sockness Drive, Rockford, IL 61109

Yours truly,

David Anspaugh
Committee Secretary

Cc: Mark Richeson, Local #498

1111 South Alpine Road
Suite 202
Rockford, IL 61108
Ph 815.229.5636
Fx 815.226.4856
Web www.nibca.build