

# THE STATE BANK GROUP

P.O. Box 350 Wonder Lake, IL 60097 · 815-728-8000

WESTERN DIVISION-
STANLEY J ROSZKOWSKI UNITED STATES COURTHOUSE
327 SOUTH CHURCH STREET- ATTN: *Judge Johnston & Magistrate Jensen*
ROCKFORD, IL 61101

FILED
FEB 1 - 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: CASE NO. 20 CV 50361/ IRON WORKERS... V KUJO INC.

Dear Clerk for Judge Johnston &/or Magistrate Jensen:

You will find enclosed a **"Third Party Respondent Answer to Citation Proceedings"** to indicate due diligent compliance in response to Citation (3rd party). In addition to this Answer, certain bank records have been mailed to Plaintiff's attorney shown below as requested.

Yours truly,

*Denise M. Learned* 1/29/2021

Denise M. Learned
Customer Service
The State Bank Group- Johnsburg State Bank
3503 N Chapel Hill Road
Johnsburg, IL 60051


Cc: Gregoria Marco, Attorneys at Law
Attn: Mike McGuire & Frank Marco
2 North LaSalle Street, Suite 1650
Chicago, IL 60602



TheStateBankGroup.com



EXHIBIT
B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS LOCAL UNION NO. 498 | ) | |
| | ) | CASE NO 20 CV 50361 |
| PLAINTIFFS, | ) | |
| | ) | Assigned Judge: Johnston |
| | ) | Magistrate Judge: Jensen |
| V. | ) | |
| | ) | |
| KUJO, INC | ) | |
| | ) | |
| DEFENDANT | ) | |

THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

Johnsburg State Bank, a/k/a The State Bank Group, certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to the Citation to Discover Assets and is in possession of the following property of the judgment debtor:

Defendant's Checking Account, amount withheld: $107,174.20

According to the business records kept by the Citation Respondent, we show the above information to be correct.

*Denise M. Learned*

Denise M. Learned, as Respondent/Agent

The State Bank Group- Johnsburg Branch
3503 N Chapel Hill Road
Johnsburg, IL 60051