# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS LOCAL UNION NO. 498, | ) | |
| | ) | CASE NO. 20 CV 50361 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Assigned Judge: Johnston |
| | ) | |
| | ) | Magistrate Judge: Jensen |
| KUJO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### *Agreed Turnover Order*

This cause coming to be heard on Plaintiff/Judgment Creditor Motion for a Turnover Order against Johnsburg State Bank, a/k/a The State Bank Group, Citation Respondent, due notice having been given and the Court being fully advised in the premises by Plaintiff that this is an agreed order unopposed by Defendant,

IT IS HEREBY ORDERED:

1) Citation Respondent, Johnsburg State Bank, a/k/a The State Bank Group is ordered to pay $32,081.05 to the Plaintiff/Judgment Creditor, Iron Workers Local Union No. 498 for amounts they are presently holding on behalf of the Defendant/Judgment Debtor, Kujo, Inc.

2) The balance of the account shall be released to the Defendant / Judgment Debtor, Kujo, Inc.

3) The Citation to Discover assets previously served upon Johnsburg State Bank a/k/a The State Bank Group shall thereafter be discharged.

ENTERED:

_____
Honorable Iain D. Johnston